**Order entered April 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00822-CR

### WILLIAM TRAVIS HENDRIX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

Appellant's brief was initially due January 12, 2019. When it was not timely filed, we notified appellant by postcard dated January 16, 2019 and instructed him to file his brief along with a motion to extend time by January 26, 2019. Appellant subsequently filed two motions for extensions of time which we granted, making his brief due March 22, 2019. To date, appellant's brief has not been filed, and appellant has had no further communication with the Court regarding the brief or the appeal.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain

appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court; Kristin Brown; and to the Collin County District Attorney.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     CORY L. CARLYLE
        JUSTICE